UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
In re: John Fickling                                                    ORDER OF DISMISSAL

                                                                                   MC-98-209(TCP)

-----------------------------------------------------X

      IT IS HEREBY ORDERED that the above entitled matter be dismissed.  There having been

no activity in this case since August 18, 2000.

      IT IS FURTHER ORDERED that a copy of this Order be mailed to counsel for all

sides and the Clerk of the Court is directed to mark the case closed.

                                                                                  /s/
                                                                                  Thomas C. Platt
                                                                                  U.S. District Judge

Dated: Central Islip, NY
      June 1, 2006